1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2

FILED

Mar 07 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  DEBBY DUTTON,  Defendant. | CASE NO. 3:22-cr-00093 SI  VIOLATIONS:  49 U.S.C. § 46506(1) – Application of Certain Criminal Laws to Acts on Aircraft;  18 U.S.C. § 113(a)(4) – Assault by Striking  SAN FRANCISCO |

INFORMATION

The United States Attorney charges:

COUNT ONE:    (49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(4) – Assault by Striking or Wounding on an Aircraft)

On or about June 29, 2021, in the special aircraft jurisdiction of the United States, namely a civil aircraft of the United States that was in flight, United Airlines Flight 730, the defendant,

DEBBY DUTTON,

did assault the victim, C.F., by intentionally striking C.F., all in violation of Title 49 United States Code, Section 46506(1) and Title 18 United States Code, Section 113(a)(4), a Class A misdemeanor.

//
//
//

INFORMATION                                                1

| | | |
|---|---|---|
| 1 | DATED: March 1, 2022 | STEPHANIE M. HINDS<br>United States Attorney |
| 2 | | |
| 3 | | /s/ *Ankur Shingal* |
| 4 | | ANKUR SHINGAL<br>Assistant United States Attorney |